CHARLES LADER, Appellant, v. MARGARET CONKLIN et al., Respondents. CLAIRE WAXBERG et al., Respondents, v. CHARLES LADER, Appellant. MARGARET CONKLIN, Plaintiff, v. CHARLES LADER, Defendant.— Appeal from an order made and entered by the Special Term of the Supreme Court held in and for the county of Sullivan, which order consolidated two Bronx County Supreme Court actions with the Sullivan County action and changed the venue of the Bronx County actions to Sullivan County. Order unanimously affirmed, without costs. Present — Hill, P. J., Brewster, Foster, Russell and Deyo, JJ.

CLARKE A. SANFORD, Respondent, v. INA W. SMITH, as Executrix of SCUDDER T. WHIPPLE, Deceased, Appellant.— Defendant has appealed from a judgment of the Delaware Trial Term of the Supreme Court directing specific performance of an option for the sale of real property and from an order denying her motion for a new trial on the ground of newly discovered evidence. On July 5, 1940, defendant's testate gave plaintiff's assignor an option to purchase property in Delaware County for the sum of $12,000. The option was under seal and provided for acceptance at any time within two years from the date thereof by giving to the testate, his heirs, executors, administrators or assigns, a written notice of acceptance. Defendant's testate died before the expiration of the time within which to exercise the option. Plaintiff became the owner of the option on April 1, 1941, and on June 25th of the same year he served a notice required for the acceptance of the option and tendered payment. The offer was rejected on various grounds, among others, that the decedent's signature to the contract was obtained by fraud and that the consideration for the sale was inadequate. The trial court resolved the various questions in favor of plaintiff and the evidence sustains the finding of the trial court. The defendant's motion for a new trial on the ground of newly discovered evidence was also properly denied. Judgment and order unanimously affirmed, with costs to respondent. Present — Hill, P. J., Heffernan, Foster, Russell and Deyo, JJ.

IVAN H. MORRIS et al., Respondents, v. VALDIA B. MOORE, Appellant.— Appeal by the defendant from a judgment of $360 in favor of the plaintiffs, as treble damages for cutting and removing timber from lands of the plaintiffs, entered upon the verdict of a jury after a trial in the Supreme Court, Tioga County. A fair question of fact was presented as to plaintiffs' title to the disputed property, and there was substantial evidence to sustain the jury's finding that plaintiffs owned such property. The evidence, however, was not sufficient to sustain a finding that defendant cut the timber involved without probable cause to believe that he had a right to do so. A judgment for treble damages was therefore improper. Plaintiffs stipulated that the jury's finding as to the value of the timber cut and removed be reduced from $265 to $120. Judgment modified on the law and facts by reducing the verdict from $360 to $120, and as so modified affirmed, with costs. Hill, P. J., Heffernan, Foster, Russell and Deyo, JJ., concur.